Appeal No. 16817 from Judgment dated April 5, 1993; John M. Montgomery, Ruling Judge, Oktibbeha County Circuit Court.
Katherine S. Kerby, Gholson Hicks & Nichols, Columbus, Alfred E. Moretón, III, U.S. Attorney, Felicia C. Adams, Asst. U.S. Attorney, Oxford, for Appellants.
Claude F. Clayton, Jr., Martha Bost Ste-gall, Mitchell McNutt Threadgill Smith & Sams, Tupelo, for Appellee.
Before DAN M. LEE, C.J., and BANKS and MILLS, JJ.
Affirmed on Direct and Cross-Appeal.